**Chukwuma E. AZUBUKO,**
**Plaintiff, Appellant,**

v.

**MBNA AMERICA BANK and Experian**
**Information Systems, Inc.,**
**Defendants, Appellees.**

No. 05–2824.

United States Court of Appeals,
First Circuit.

May 12, 2006.

Chukwuma E. Azubuko, on brief, pro se.

Robert F. Chapski and Baker, Donelson, Bearman, Caldwell, and Berkowitz, P.C., on brief, for appellee MBNA America Bank.

Mark H. Weintraub and Jones Day, on brief, for appellee Experian Information Solutions, Inc.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

Appellant Chukwuma E. Azubuko appeals from the judgment of the district court dismissing his complaint with prejudice. We have carefully reviewed the parties' briefs and the record and affirm this judgment for essentially the reasons set out in the district court's thorough opinion. *See Azubuko v. MBNA America Bank,* 396 F.Supp.2d 1 (D.Mass.2005).

*Summarily affirmed. See* Local Rule 27(c).